[No. 48074-3-II.   Division Two.   December 6, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MOUNTAIN VIEW PLACE LLC, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 15-2-01714-8, Daniel L. Stahnke, J., entered September 18, 2015. *Affirmed* by unpublished opinion per Bjorgen, C.J., concurred in by Johanson and Maxa, JJ.

[No. 48813-2-II.   Division Two.   December 6, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. LEE EARL BUNN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 15-1-00360-5, Sally F. Olsen, J., entered August 7, 2015. *Affirmed* by unpublished opinion per Lee, J., concurred in by Worswick and Sutton, JJ.

[No. 31996-2-III.   Division Three.   December 6, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. FIDEL CORTEZ, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 12-1-00091-6, John M. Antosz, J., entered September 11, 2013. *Affirmed in part* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Siddoway and Pennell, JJ.

[No. 33614-0-III.   Division Three.   December 6, 2016.]

NOEL MOON, *Plaintiff*, DERALD HAUCK, *Appellant*, v. WILLIAM BARR ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-2-02397-3, Annette S. Plese, J., entered June 5, 2015. *Affirmed in part* and *reversed in part* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Korsmo and Siddoway, JJ.